KAROL BUCZKOWSKI et al., Appellants, *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

(Argued January 17, 1936; decided January 31, 1936.)

*Walter A. Kendall* for appellants.

*Manly Fleischmann* and *Alger A. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Not sitting: LEHMAN, J.